RECEIVED
APR 19 2011
AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :   Hon. JOSEPH D. DICKSON

v.                                   Crim. No. 11-268 (MLC)

                           :   SEALING ORDER

SHAHEED WILLIAMS           :

This matter having come before the Court upon the application of the United States of America, (Dara Govan, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Indictment filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this 19th day of April, 2011,

ORDERED that, except for such copies of the arrest warrant as is necessary to accomplish its purpose, the Indictment and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

_____
Joseph D. Dickson
United States Magistrate Judge