UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :       Crim. No.11-0268
                                        Hon. Mary L. Cooper
        vs.                     :

Shaheed Williams                :       DETENTION ORDER

      This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Dara Aquila Govan, Assistant United States Attorney, appearing), in the presence of David Schafer, Esq., attorney for defendant Shaheed Williams, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Williams without bail pending trial in the above-entitled matter, and the Court having held a hearing thereon on May 13, 2011, the Court makes the following findings:

      1.  On April 19, 2011, defendant Williams was charged by indictment in the District of New Jersey with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g).

      2. Counsel for defendant Williams has conceded that at this time no bail package is available that will reasonably assure the appearance of defendant Williams as required,

particularly in light of the fact that Williams remains in state custody on a parole hold and for charges pending therein.

      3.   Counsel for defendant Williams has reserved the right to make an application to the Court, at a later date, for a bail package that will reasonably assure the appearance of defendant Williams as required.

      4.   Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant Williams as required.

      IT IS, therefore, on this 13th day of May, 2011,

      ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Williams be committed to the custody of the Attorney General or his authorized representative pending trial; and it is further

      ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Williams be afforded a reasonable opportunity for private consultations with counsel; and it is further

      ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an

attorney for the United States, defendant Williams shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Williams without bail pending trial is hereby granted, and defendant Williams is hereby ordered detained pending trial in the above-entitled matter.

                                                s/MARY L. COOPER
HONORABLE Mary L. Cooper
United States District Judge