RECEIVED
APR 27 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. SHAHEED WILLIAMS -         Crim. No. 11-268

### PETITION FOR WRIT OF HABEAS CORPUS

( ) Ad Prosequendum            ( X ) Ad Testificandum

1. SHAHEED WILLIAMS (hereinafter the "Detainee") is now confined at the New Jersey State Prison.

2. The Detainee is

   charged in this District by: ( X ) Indictment   ( ) Information   ( ) Complaint with a violation of Title 18 United States Code Section 922(g)(1).

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the District Court in Trenton, Clarkson S. Fisher Fed. Bldg., 402 East State Street, Trenton, New Jersey, before the Hon. Mary L. Cooper, U.S. District Judge, on Wednesday, May 9, 2012, at 1:00 p.m., for a Sentencing Hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: April 27, 2012

/s/ *Dara A. Govan*
DARA A. GOVAN
Assistant U.S. Attorney
Petitioner

# ORDER

Let the Writ Issue.

DATED: 4/27/12

_____
Hon. Mary L. Cooper, U.S.D.J.

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the NEW JERSEY STATE PRISON:

WE COMMAND YOU that you have the body of

    SHAHEED WILLIAMS, SBI# 280795C, D/O/B 10/27/1983,

now confined at the New Jersey State Prison, brought before the Hon. Mary L. Cooper, U.S. District Judge, at the United States District Court, in Trenton, Clarkson S. Fisher Fed. Bldg., 402 East State Street, Trenton, NJ, Courtroom 5W, on Wednesday, May 9, 2012, at 1:00 p.m., so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Mary L. Cooper
United States District Judge
Newark, New Jersey

DATED: 4/27/12

                      WILLIAM T. WALSH
                      Clerk of the U.S. District Court
                      for the District of New Jersey

                      Per: _____
                           Deputy Clerk