**U.S. v. SHAEED WILLIAMS**                                   **Crim No.: 11-CR-00268**

## PETITION FOR
## WRIT OF HABEAS CORPUS

1.  **SHAEED WILLIAMS; DOB: 10/27/1983; USMS#:63446050; FBI: 836841EB1; SBI: 000280795C** (hereinafter the "Detainee") is now confined at South Woods State Prison.

2.  The Detainee will be required to appear at the United States District Court, before the Honorable Brian R. Martinotti United States District Judge, on Wednesday, February 5th at 10:00am for VOSR.   A Writ of Habeas Corpus should be issued for that purpose.

DATED:      January 29, 2020
            Newark, NJ

                              *S/Dara Govan*
                              DARA GOVAN
                              ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: 1/29/2020 , 2020

                              Honorable BRIAN R. MARTINOTTI
                              UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of South Woods State Prison

WE COMMAND YOU that you have the body of

**SHAEED WILLIAMS DOB: 10/27/1983; USMS#: 65334050; SBI: 000280795C**

now confined at South Woods State Prison 215 S Burlington Road Bridgeton, NJ 08302 before the Brian R. Martinotti United States District Judge, on **Wednesday, February 5th at 10:00am** so that the Detainee may appear for VOSR in the above-captioned case.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

            WITNESS the Honorable Brian R. Martinotti
                     UNITED STATES DISTRICT JUDGE
                     Newark, New Jersey

DATED: 1/29/2020

                              WILLIAM T. WALSH
                              Clerk of the U.S. District Court
                              for the District of New Jersey

                              Per:
                                   Deputy Clerk