**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES v. SHAHEED WILLIAMS, Crim. No.: 11-268 (BRM)

---

# PETITION FOR WRIT OF HABEAS CORPUS

**( X ) Ad Prosequendum** ( ) Ad Testificandum

1. Shaheed Williams; USMS #63446-050 (hereinafter the "Detainee") is now confined to Northern State Prison, 168 Frontage Rd, Newark, NJ 07114, Telephone No. (973) 465-0068.

2. The Detainee is

charged in this District by: **(X)** Indictment () Information () Complaint

The detainee is relevant to a grand jury investigation.

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the United States District Court, Post Office Federal Bldg. & U.S. Courthouse, Newark, New Jersey, Courtroom PO 01, for an **in-person VOSR Hearing on Wednesday, October 7, 2026, at 2:00 p.m. before the Hon. Brian R. Martinotti**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: September 14, 2026

/s/ Rachelle M. Navarro

Rachelle M. Navarro
Assistant U.S. Attorney
Petitioner

**ORDER**

Let the Writ Issue.

DATED: 09/14/2026

Honorable Brian R. Martinotti
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of Northern State Prison, 168 Frontage Rd, Newark, NJ 07114, Telephone No. (973) 465-0068.

WE COMMAND YOU that you have the body of

**SHAHEED WILLIAMS; USMS #63446-050**

now confined to Northern State Prison, 168 Frontage Rd, Newark, NJ, be brought the United States District Court for **in-person VOSR Hearing on Monday, Wednesday, October 7, 2026, at 2:00 p.m. before the Hon. Brian R. Martinotti**, at the Post Office Federal Bldg. & U.S. Courthouse, Newark, New Jersey, Courtroom PO 01.

WITNESS the Honorable Brian R. Martinotti
United States District Judge
Newark, New Jersey

DATED: 09/14/2026

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: ______________________
Lissette Rodriguez, Deputy Clerk